| | | |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | ☒ P.O. BOX 945 |
| | **OFFICE OF THE CLERK** | BURLINGTON 05402-0945 |
| | DISTRICT OF VERMONT | (802) 951-6301 |
| | FEDERAL BUILDING | ❑ P.O. BOX 998 |
| **JEFFREY S. EATON** | **BURLINGTON, VERMONT 05402-0945** | BRATTLEBORO 05302-0998 |
| CLERK | | (802) 254-0250 |
| | | ❑ P.O. BOX 607 |
| | | RUTLAND 05702-0607 |
| | | (802) 773-0245 |

May 4, 2015

Brian R. Marsicovetere, Esq.
Marsicovetere Law Group, PC.
128 Gates Street
P.O. Box 799
White River Junction, VT 05001-0799

David R. McLean, Esq.
Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609

Re:   *Matson v. Cappetta*
      Docket No.  2:14-cv-183-cr

Dear Counsel:

    I am writing to you regarding the Early Neutral Evaluation (ENE) process in the above-captioned matter.  Pursuant to the Order entered March 11, 2015, this case is not excused from ENE and a date certain for the session was to be provided.  Please provide the Court, *in writing* by **May 11, 2015,** with a date and time certain for the ENE session.

    Please do not hesitate to contact me with any questions.

                                            Sincerely,

                                            */s/ H. Beth Cota*
                                            H. Beth Cota
                                            ENE Administrator
                                            (802) 951-8113