UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| JOHNATHAN MATSON, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-183 |
| | ) | |
| CATHY CAPPETTA, | ) | |
|     Defendant. | ) | |

## DISCOVERY CERTIFICATE

I hereby certify that on the 17th day of September, 2015, I served Defendant's Supplemental Discovery Responses upon Plaintiff's counsel by sending the same via first class mail, postage pre-paid, to the following counsel:

    Brian R. Marsicovetere, Esq.
    Geoff Clayton, Esq.
    Marsicovetere Law Group
    P.O. Box 799
    White River Jct., VT 05001

**DATED** at Montpelier, Vermont this 17th day of September, 2015.

                        STATE OF VERMONT

                        WILLIAM H. SORRELL
                        ATTORNEY GENERAL

        By:    /s/ *David McLean*
                  David McLean
                  Assistant Attorney General
                  Office of the Attorney General
                  109 State Street
                  Montpelier, VT 05609-1001
                  Tel. (802) 828-1101
                  David.McLean@vermont.gov

                  Counsel for Defendant